UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HOMER E. PURDY,<br><br>        Plaintiff,<br>vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | **MEMORANDUM DECISION AND ORDER OF DISMISSAL**<br><br>Civil No. 1:13-cv-00164-DN<br><br>Judge David Nuffer |

Before the Court is the March 4, 2014 Motion and Memorandum to Dismiss with Prejudice [Doc No. 14] (the "Motion") filed by defendant JPMorgan Chase Bank, N.A. ("Chase") under Fed. R. Civ. P. 12(b)(6). Plaintiff failed to respond to the Motion and the time for doing so has passed. For the reasons set forth in the Motion, and good cause appearing,

THE COURT HEREBY ORDERS THAT:

1.     The Motion is granted;

2.     All claims asserted by plaintiff against Chase are dismissed with prejudice.

Dated April 14, 2014.

BY THE COURT:

_____
David Nuffer
United States District Judge